IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AXIS SURPLUS INSURANCE COMPANY                                    PLAINTIFF

VS.                           Case No.: 11-cv-01034

ALL-STAR RECYCLING, LLC                                           DEFENDANT

## JUDGMENT

On this 15th day of August, 2013, in accordance with the Order of even date, the Court awards Judgment in the above style and numbered case in favor of the Plaintiff, Axis Surplus Insurance Company, and against the Defendant, All-Star Recycling, LLC.  Plaintiff is awarded damages in the amount of $41,500.00.

**IT IS SO ORDERED**, this 15th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge